# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED,<br><br>    Plaintiff,<br>v.<br><br>MOSU OFFICIAL STORE, et al.,<br><br>    Defendants. | Case No. 22-cv-03749<br><br>**Judge Virginia M. Kendall**<br><br>**Magistrate Judge Jeffrey Cummings** |

## PLAINTIFF'S MOTION FOR ENTRY OF A
## CONSENT JUDGMENT AS TO DEFENDANT MASOCIO

Plaintiff Dyson Technology Limited ("Plaintiff") filed a Complaint against defendant MASOCIO ("Defendant") on July 20, 2022. Plaintiff and Defendant have resolved all claims arising from the allegations in the Complaint, and have agreed to entry of the proposed Consent Judgment. As such, Plaintiff moves this Honorable Court for the entry of a Consent Judgment. A copy of the proposed Consent Judgment has been submitted to Proposed_Order_Kendall@ilnd.uscourts.gov.

Dated this 17th day of October 2022.    Respectfully submitted,

/s/ Jake M. Christensen
Lawrence J. Crain
Justin R. Gaudio
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
lcrain@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Dyson Technology Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of October 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Jake M. Christensen
Lawrence J. Crain
Justin R. Gaudio
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
lcrain@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Dyson Technology Limited*