Exhibit A

| Defendant | Email Address |
|---|---|
| 3Dprinter Store | zhenmengji0403@163.com |
| AIREKO Store | qtcc1106@163.com |
| Cooler Booboo Store | dezhong202102@163.com |
| FEMININE BEAUTY Official Store | xsc520xx@163.com |
| Future Beautys Store | weifeng2021_4@163.com |
| MOSU Official Store | 842890519@qq.com |
| Shine on you Store | la15335865021@163.com |
| Shop4693017 Store | panxinbeauty@outlook.com |
| Shop900236392 Store | sld2020_1@outlook.com |
| Tattoo Hyaluronic Acid Store | sld_2021_2@163.com |
| Tattoo_Tattoo Store | shunlongdapx@outlook.com |
| Beiyue04 Store | beiyue202204@163.com |
| BT Your Life Store | 2309835531@qq.com |
| foxicare Official Store | xxxxxxxx202201@163.com |
| Healthy Life 7day Store | a13679292635@sina.com |
| Neuse Appliances Store | newstech2021@163.com |
| Oladipo Store | ting85149602@163.com |
| Shop1100367090 Store | sld695@qq.com |
| A1L54WJ7U2I3LA | x18735416560@outlook.com, 1345983975@qq.com |
| A2A5HGSNSDZDMW | yuanzhao35@163.com |
| A2VSWLET2MOOBF | 1293121535@qq.com |
| A31L3VH5B8QYNA | huliyang772@outlook.com |
| A3GKOGW4WKAZQ1 | tanhaowen112233@outlook.com |
| A3LQP3HV2HPEOY | renlu50828594@163.com |
| A3PF5QZYNKPH7U | mazhiguanggz@163.com |
| Abys-US | lobs343@tom.com |
| AEKE-US | ywcskeji@hotmail.com |
| ANQXRIRNYLJCQ | qianxi08049@163.com |
| BaiYiTing-US | baiyitinguk@hotmail.com |
| BIGHENG | wuruosnz@163.com |
| BuyWoDeDiaoYM | mumixiasham@outlook.com |
| ccrlz | ccrlzq@163.com |
| chengdujingzhuanchendianzishangwuyouxiangongsi | zhixi550710@163.com |
| DanDan&SiSi | dandan2sisi@outlook.com |
| DersBasy | mengyuann21@outlook.com |
| DESHUNJIANZHU | a13781739496@163.com |
| DITAIX-US | gaojinlius@hotmail.com |
| Dolosenshop | elviranatividadbet@163.com |
| EXECT GROUP CO,. Ltd | wenyishayu@163.com |
| FDSFDS877ASD | anglengxuezp846@126.com |

| | |
|---|---|
| fitseee | g15690621706@163.com |
| gaomiaodexiaodian | wys17612996636@163.com |
| GBWEN | yihetangtian@163.com |
| Hai Kou Shi Yu Fei Feng Mao Yi You Xian Gong Si | lpkuac29739517@163.com |
| hailantianLtd | hailantianms@163.com |
| henanshengsiyichenshangmaoyouxiangongsi | 17638823454@163.com |
| HENGYYG | suanxiong0660@163.com |
| HKJDSHKN3JDHS | guanyanxiawm734@126.com |
| hnshksmzsmyxgs | angj444686@163.com |
| huanghoujin | caitao1996@163.com |
| HUIBAOBEST | huibao518@163.com |
| ianyulu | sila73663337@163.com |
| JGDERTNB | lumingbaihuodian@126.com |
| JiaFei US | shoujiafei19970708@163.com |
| JIONGRUAN | xiaomaohuojian@163.com |
| jschangding | jiangsuchangding@163.com |
| kunmingsenshuanshangmaoyouxiangongsi | liangshanju407533@163.com |
| LADYNANA US | jiyedo037071@163.com |
| laiyji1 | aa564652626@163.com |
| lang shi yu shop | langshiyushop@126.com |
| leidonping | dfddd5544@outlook.com |
| LEING FST store | 690768749@qq.com |
| LF Super Supply | usfzcluofang@hotmail.com |
| LiuWeiLongZH | liuweilong623@163.com |
| lululiya | longchengshop@outlook.com |
| luoheshiyanlianshangmao | zhaoyanxia698@163.com |
| mamamadian | jingang5202@163.com |
| MMmedianpu | xingjingmei001@163.com |
| MNHBZGYT5TGYHQWEW | bianuhd59103@163.com |
| MSHOLY | jialai088@163.com |
| Mushop 7-14 Days Arrive | zhouanzhi908702629@163.com |
| nhsdfgasfgsd | qmbbrp87xd37@163.com, tianbaow@outlook.com |
| Nomi-US | donghailinmeizhou@163.com |
| One-one-go | chenwensheng198207@outlook.com |
| RuXiang | ynruxiang@163.com |
| sanmenxianxiliechaoshi | liexi1962@163.com |
| Shanxi Wenfu Technology Co., Ltd. | sh1.danfeng@hotmail.com |
| ShellbyLI | ln080696@outlook.com |
| Szjitong | szymkj2020@163.com |
| TAROMUN | dc15191606250@163.com |
| T-uniacbo | schmitt2000@aliyun.com |

| | |
|---|---|
| us commodity | yushaosong197@outlook.com |
| wangzihua1 | sdsdd45696@outlook.com |
| WeiXiaoYan-EU | weixiaoyaneu@hotmail.com |
| wjbuxin | gaomeihao2236@163.com |
| WUGONGWU | qingnianhongli@163.com |
| XIANGHAIPINGGONGSI | tuiyuebabei275783@163.com |
| xiangzhengdexiaodian | lianzhui2570389407@163.com |
| xilishi123 | yaoyan123687302@163.com |
| xingyuusBig Promotion | jiuguolutiaotiao@163.com |
| XWJ-DE | g553145044@outlook.com |
| yangwenhang | yangao101@outlook.com |
| Yestar-US | yizha16963@163.com |
| Yikpo | yeahxing01@163.com |
| yiren123 | eyewu3611@163.com |
| YTTYSH-US | misha57180706@163.com |
| YuanbaTradingCompany | 15860947624@139.com |
| yuanfazoosne | yuanfazoosne@outlook.com |
| YuanFengYun | yuanfengyunuk@hotmail.com |
| YUANZONGDIANZI | zhengqianqingwa@163.com |
| yuqiuhuanmaoyi | kmkx53@163.com |
| zengzongcheng | cccccc8980@outlook.com |
| ZEZAT | us17125218327@aliyun.com |
| ZhanMu LTD | zhanmunt@163.com |
| Zhenlong Hesheng | cuizhenlongamz@163.com |
| aigood Store | tengdatech2018@126.com |
| fzctr01 Store | yunht2018@126.com |
| grose Store | yuekaitech@126.com |
| kmy_01 Store | sales01skaefio@gmail.com |
| vigor_girl Store | 1178211096@qq.com |
| yifantech2021 Store | veina88@126.com |
| dreamtoucher66 | yongzheng202108@126.com |
| eternalmaker6 | yongzheng202108@sina.com |
| fectdyly | cohlhy@163.com |
| global-batteries | ninausa@163.com |
| global-eshop | elec@gpidllc.com |
| global-eshopping | shop.here@gpidllc.com |
| plz-store | puluz19@outlook.com |
| reallyhome | rivercrewf89@outlook.com |
| tforuk3 | tianqianqian1021@outlook.com |
| tractdino | tradinno@163.com |
| wa4meco40 | limingxing1012@outlook.com |
| xiayuxin | uum2022cis@163.com |
| yiyiyicheng | mpnfc72@163.com |

| | |
|---|---|
| zerocheck | zerocheck123@163.com |
| zhxibin15 | zhangxiangxiang743@outlook.com |
| Blirik | yqdhhde@outlook.com |
| Elecsop | runyear@yeah.net |
| FRUIPAR | hugfwy@yeah.net |
| Guangzhoukalelimaoyiyouxiangongsi | yuweiliang86@outlook.com |
| HUB HOME | lemon210630@163.com |
| Liferen Direct | 2230165630@qq.com, qiushui19950301@163.com |
| Looling | yw_huafu@163.com |
| MASOCIO | naco10910@gmail.com |
| Merzam | chenwdwoaffg@hotmail.com |
| Miruku | wfdlhkxyn@126.com |
| Nail Salon | happyeverqqq@outlook.com |
| otolemur | hfdsjfd@163.com |
| Pro Seller | tiergrade@outlook.com, mir210615@163.com |
| shenzhenshimeixiangyijiumaoyiyouxiangongsi | reyugghz@163.com |
| Yadala | yadalasuo@163.com |
| yuanhuisheng | zulupoe@yeah.net |
| zhengzhoupeitaomaoyiyouxiangongsi | cliffchen12@163.com |
| zhengzhouzhunianshangmaoyouxiangongsi | colinliu952@163.com |
| BeautyINBox | lucyartbox@hotmail.com |
| duxukang6066 | qunbubag5y@163.com |
| erkino | yechuanjun88@hotmail.com |
| Express Terracota Store | sdhimaa2149751@163.com |
| FUNGEHglass | 2135643224@qq.com |
| home98 | wishhome98@163.com |
| Hua Yaosheng flourishing business | jicanlan19730311@163.com |
| Jane's Box | 3058529091@qq.com |
| LY12 | nj13697253330@163.com |
| topgee | ranxia1007@163.com |
| Tu Chery | cheryg_felix@outlook.com |
| XIAOlvluo | zhoudongyu778@163.com |
| zhanxiaowen4974 | hcfqo64@163.com |