IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED,<br><br>                Plaintiff,<br><br>v.<br><br>MOSU OFFICIAL STORE, et al.,<br><br>                Defendants. | Case No. 22-cv-03749<br><br>**Judge Virginia M. Kendall**<br><br>**Magistrate Judge Jeffrey Cummings** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on September 26, 2022 [56] in favor of Plaintiff Dyson Technology Limited ("Dyson" or "Plaintiff") and against the Defendants Identified in Schedule A in the amount detailed in the chart below ("Judgment Amount") for infringing use of the Dyson Design in connection with the offer for sale and/or sale of products through at least the Defaulting Defendants' Online Marketplaces, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Defendant Name** | **Judgment Amount** | **Line No.** |
|---|---|---|
| Liferen Direct | $301.63 | 128 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 5th day of January 2023.	Respectfully submitted,

/s/ Jake M. Christensen
Lawrence J. Crain
Justin R. Gaudio
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
lcrain@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Dyson Technology Limited*

2